# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### BIRMINGHAM DIVISION

| | |
|---|---|
| THOMAS EARL HAMPTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) CASE NO.: 2:25-cv-00280-ACA |
| v. | ) |
| | ) |
| FINANCIAL INDUSTRY REGULATORY | ) |
| AUTHORITY, INC. | ) |
| | ) |
| Respondent. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Petitioner, Thomas Earl Hampton, and Respondent, Financial Industry Regulatory Authority, Inc., jointly stipulate that all claims in the above-referenced matter are voluntarily dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Marcus M. Maples, Esq.
ASB 5283-S81M
1901 Sixth Avenue North, Suite 2600
Birmingham, Alabama 35203
Telephone: (205) 244-3828
mmaples@bakerdonelson.com

*Attorneys for Petitioner, Thomas Earl Hampton*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

M. Jeremy Dotson, Esq.
ASB-7563-M74D
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
Telephone: (205) 761-5193
Facsimile: (205) 709-8979
jeremy.dotson@wilsonelser.com

*Counsel for Respondent, Financial Industry Regulatory Authority, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing to the following:

M. Jeremy Dotson, Esq.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
Telephone: (205) 761-5193
jeremy.dotson@wilsonelser.com

*Counsel for Respondent, Financial Industry Regulatory Authority, Inc.*

/s/ *Marcus M. Maples*
Marcus M. Maples